IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

INTERPRETING PHYSICIAN ASSOCIATES, LLC                                    PLAINTIFF

v.                          CASE NO. 4:25-CV-00732-BSM

ARKANSAS MUNICIPAL LEAGUE, *et al.*                                     DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE